UNITED STATES of America, Plaintiff-Appellee,

v.

Laurie Jean LUTTRELL, Defendant-Appellant.

UNITED STATES of America, Plaintiff-Appellee,

v.

William Dale KEGLEY, aka Bill Kegley, Defendant-Appellant.

Nos. 87-5303, 87-5310.

United States Court of Appeals, Ninth Circuit.

July 12, 1990.

Before GOODWIN, Chief Judge, BROWNING, WALLACE, HUG, TANG, SCHROEDER, FLETCHER, FARRIS, PREGERSON, ALARCON, POOLE, NELSON, CANBY, NORRIS, REINHARDT, BEEZER, HALL, WIGGINS, BRUNETTI, KOZINSKI, NOONAN, THOMPSON, O'SCANNLAIN, LEAVY, TROTT, FERNANDEZ, and RYMER, Circuit Judges.

ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the

en banc court pursuant to Circuit Rule 35–3.